**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MARCUS PEUGH** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 2:11-cv-00352** |
| **VS.** | § | **JURY DEMANDED** |
| | § | |
| | § | |
| **LUFKIN INDUSTRIES, INC.** | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Marcus Peugh, in the above-entitled and numbered cause, and hereby declares that the following discovery documents were forwarded to Defendant's counsel on April 20, 2012:

1. Plaintiff's Initial Disclosures.

Respectfully submitted,

_____/s/_____
William S. Hommel, Jr.
State Bar No. 09934250
Attorney-in-charge
William S. Hommel, Jr., P.C.
1347 Dominion Plaza
Tyler, Texas 75703
903-596-7100
469-533-1618 Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 20th day of April, 2012.

___/s/_____
William S. Hommel, Jr