# IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MAURICE PEUGH | § | |
| | § | |
| V. | § | CIVIL ACTON NO. 2:11-CV-352 |
| | § | JURY DEMANDED |
| LUFKIN INDUSTRIES, INC. | § | |

## ORDER

Came on for hearing the above Plaintiff's Motion to Dismiss With Prejudice, and the Court having heard the same, together with statement of counsel, is of the opinion that this Motion be GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Dismiss With Prejudice is GRANTED.

**So ORDERED and SIGNED this 3rd day of May, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE